UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
TIMOTHY LEE PERKINS, JR.,

                                        Plaintiff,

                                                                    **ORDER**

             – against –
                                                            No. 25-CV-5166 (CS)

CORRECTION OFFICER RODRIGUEZ, *et al.*,

                                        Defendants.
-------------------------------------------------------------------------x

Seibel, J.

      Plaintiff, who currently is incarcerated at Fishkill Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. Plaintiff names as Defendants Correction Officer Rodriguez; Michael Daye, the Superintendent of Fishkill Correctional Facility; and Daniel F. Martuscello III, the Commissioner of the Department of Corrections and Community Supervision.

      By order dated June 25, 2025, the court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. On July 29, 2025, the Court directed the U.S. Marshals Service to effect service on Defendants. On December 11, 2025, service on Defendant Rodriguez was returned unexecuted because there are multiple officers at Fishkill with the last name "Rodriguez."

      Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and that defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). In his complaint, Plaintiff supplies sufficient information to permit DOCCS to ascertain the full name and service address of Rodriguez, whom Plaintiff describes as the corrections officer responsible for using force against him on January 15, 2025. (ECF No. 1

("Compl.") ¶ 10.)  The Attorney General of the State of New York, who is the agent of and attorney for DOCCS, must provide this information to Plaintiff and the Court within 60 days of the date of this order.  Once the Court has received this information, it will issue an order directing service on Rodriguez.

**SO ORDERED.**

Dated:  December 12, 2025
         White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

2