UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timmy Perkins
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Rodriguez and Others
_____

(List the full name(s) of the defendant(s)/respondent(s).)

RECEIVED
APR - 1 2026
PRO SE OFFICE

25 CV 5166 (   )(   )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [X] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am requesting an attorney in this case because as This case has progressed I am having difficulty understanding The process and determining what the next steps should be. I have limited access to reference materials because I am currently incarcerated at Fishkill Correctional Facility.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have enlisted Family and Friends to Help with Finding an attorney. Enclosed is a list of all the Law Firms that have been contacted. All of these Firms have declined to take on this case. I have limited access and have had difficulty contacting attorneys myself

4. If you need an attorney who speaks a language other than (English,) state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

March 26, 2026
Date

Timmy L. Perkin
Signature

Perkins    Timmy    L.
Name (Last, First, MI)

24 84740
Prison Identification # (if incarcerated)

Fishkill Correctional Facility
PO Box 1245
Address

Beacon
City

NY
State

12508
Zip Code

(845) 831-4800
Telephone Number

_____
E-mail Address (if available)

# Attorneys that have been contacted and have declined the case 25CV5166

Finkelstien and partners
1279 NY-300
Newburgh NY
12550
1-845-420-1779

Tracie A Sundack and Associates
180 South Broadway, Suite 306
White Plains NY
10605
1-914-946-8100

Morgan and Morgan
199 Water St. Suite 1500
New York NY 10038
1-844-262-7181

The Dratch Law Firm, Brian Dratch
233 Broadway Suite 1800
New York NY 10279


Prisoners Legal Service
10 Little Britain Rd. Suite 204
Newburgh NY
12550
1-845-391-3110


Sobo and Sobo
744 Broadway Suite
Newburgh NY
12550
1-845-579-3665


Kevin M. Mackay
12 Walker Rd.
Poughkeepsie NY
12603

ProBono@nysba.org

Margaret M. Walker

Dutchess County Public Defender

45 Market St.

Poughkeepsie NY

12601

1-845-486-2274

Genesee Valley @ NYCLU.org

Mainetti and Mainetti

9 Mansion St. Suite 224

Poughkeepsie NY

12601

1-845-404-1700

Benjamin Crump

122 South Calhoun St.

Tallahassee FL

32301

1-800-691-7111

National Trial Law

1114 Lost Creek Blvd. Suite 410

Austin TX

78746

1-833-913-1885

The Court has no authority to appoint counsel in civil cases. The most it can do is to see if there is a lawyer who would volunteer to take Plaintiff's case. There are many more unrepresented litigants seeking counsel than there are volunteers, and even those willing to volunteer usually are interested only when the case is much closer to trial. Under *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), in determining whether to seek a volunteer, I must first consider whether the claims are likely to be of substance. At this stage, it is really too early to tell. Even if they were, I would then have to consider "the indigent's ability to investigate the crucial facts, whether conflicting evidence implicating the need for cross-examination will be the major proof presented to the fact finder, the indigent's ability to present the case, the complexity of the legal issues and any special reason in that case why appointment of counsel would be more likely to lead to a just determination." Here, Defendants only recently filed their motion to dismiss, and we do not know if the motion will be granted, and thus even if we will get to discovery, let alone trial; there is no indication the issues will be particularly complex; and so far Plaintiff is doing an adequate job protecting his rights. Accordingly, the application is denied without prejudice to renewal at a later stage of the case. The Clerk of Court is respectfully directed to terminate the pending motion, (ECF No. 29).

SO ORDERED.

CATHY SEIBEL, U.S.D.J.        4/3/26

Timmy Perkins 24B4740
Fishkill Correctional
PO Box 1245
Beacon NY 12508

RECEIVED
SDNY PRO SE OFFICE
2026 APR -1 PM 3:42

ROCHESTER NY 144

30 MAR 2026 PM 1  L



Pro Se Intake Unit
500 Pearl ST.
New York, NY
10007



10007-131899